UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**
MAR - 7 2013
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 5:13-CR-36-DCR

TROY LEE MELLOTT

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(g)(1)
### 18 U.S.C. § 924(e)(1)

On or about December 10, 2012, in Jessamine County, in the Eastern District of Kentucky,

**TROY LEE MELLOTT,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit, a Colt, .380-caliber semiautomatic pistol, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

### COUNT 2
### 18 U.S.C. § 922(j)

On or about December 10, 2012, in Bourbon County, in the Eastern District of Kentucky,

**TROY LEE MELLOTT,**

possessed a firearm, that is, a Colt, .380-caliber semiautomatic pistol, which had been shipped and transported in interstate or foreign commerce, either before or after it was stolen, knowing or having reasonable cause to believe that the firearm was stolen, all in violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## COUNT 3
## 18 U.S.C. § 922(a)(6)

On or about December 12, 2012, in Jessamine County, in the Eastern District of Kentucky,

**TROY LEE MELLOTT,**

in connection with the acquisition of a firearm, to wit, a Colt, .380-caliber semiautomatic pistol, from J & D Pawn & Guns, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to J & D Pawn & Guns, which statement was intended and likely to deceive J & D Pawn & Guns as to a fact material to the lawfulness of such acquisition of the said firearm to **MELLOTT**, in that **MELLOTT** represented on that ATF Form 4473 that he

had not been convicted of a felony, when, in fact, **MELLOTT** had been convicted of a felony, all in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**A TRUE BILL**

_____

---

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 10 years imprisonment, a $250,000 fine, and a term of supervised r release of not more than 3 years.

**If an Armed Career Criminal pursuant to the provisions of 18 U.S.C. § 924(e)(1)**, not less than 15 years imprisonment and not more than life, not more than $250,000, and a term of supervised release of not more than 5 years.

**COUNTS 2-3:** Not more than 10 years imprisonment, a $250,000 fine, and a term of not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.