UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 13-00036-DCR                                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                   PLAINTIFF

V.     **SUPPLEMENTAL NOTICE SPECIFYING TROY LEE MELLOTT
       AS AN ARMED CAREER CRIMINAL**

TROY LEE MELLOTT                                                           DEFENDANT

\* \* \* \* \*

The Defendant, TROY LEE MELLOTT, is an "armed career criminal" within the meaning of 18 U.S.C. § 924(e) and U.S.S.G § 4B1.4(a). He possessed, in and affecting commerce, a firearm, a violation of 18 U.S.C. § 922(g)(1), and he has three or more prior convictions "for a violent felony or a serious drug offense," including the following:

1. September 20, 1996, Troy L. Mellott was convicted in Jessamine Circuit Court in Case No. 96-CR-00040 of two counts of Second Degree Burglary, offense dates occurring on April 1, 1996 and April 2, 1996, and two counts of Theft By Unlawful Taking Over $300.00 and sentenced to seven years imprisonment.

2. March 7, 2005, Troy L. Mellott was convicted in the Circuit Court of Mineral County, Mineral County West Virginia, in Case No. 04-F-36, of one count of Breaking and Entering and sentenced to not less than one year nor more than ten years.

Accordingly, Troy L. Mellott is subject to a sentencing enhancement pursuant to 18 U.S.C. § 924(e) and U.S.S.G. § 4B1.4(a) as an armed career criminal (See

supplemental attachments including Complaint and Indictment in Case No. 04-F-36).

                                                Respectfully submitted,

                                                KERRY B. HARVEY
                                                UNITED STATES ATTORNEY


                                  By:    /s/ Hydee R. Hawkins
                                                Hydee R. Hawkins
                                                Assistant United States Attorney
                                                260 West Vine Street
                                                Lexington, KY 40507-1612
                                                (859) 685-4881
                                                hydee.hawkins@usdoj.gov

## **CERTIFICATE OF SERVICE**

     On September 23,2013, I electronically filed this Supplemental Notice through the CM/ECF system, which will send the notice of electronic filing to:

Elizabeth S. Hughes, counsel for the Defendant

                                           <u>s/Hydee R. Hawkins</u>
                                           Assistant United States Attorney