IN THE MAGISTRATE COURT OF ___Mineral___ COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA

v.

___Troy Lee Mellott___  Case No. __04F-16 + 04F-17__
Defendant

[redacted]

Driver's License No. _____

☐ Misdemeanor
☒ Felony

Date of Birth

## CRIMINAL COMPLAINT

I, the undersigned complainant, upon my oath or affirmation, state the following is true and correct to the best of my knowledge and belief. On or about __July 14, 2003__ (date) in __Mineral__ County, West Virginia, in violation of W.Va. Code *(cite specific section, subsection, and/or subdivision as applicable)* __61-3-12/61-3-13(a)__ __Break and Enter/Grand Larceny__ the defendant did *(state statutory language of offense)* __unlawfully and feloniously break and enter a building other than a dwelling house, to wit: the Woodland Inn, with the intention to commit a larceny ~~or felony therein~~/ and unlawfully and feloniously commit simple larceny of goods or chattels with a value of more than one thousand dollars, in violation of WV Code., To wit 7,900.00 in US Currency__

I further state that this complaint is based on the following facts: __--See Attached--__

Continued on attached sheet? ☒ yes  ☐ no

Complainant (who appears before magistrate):

__Sgt. K. M. Smouse__
Name

__WVSP-Keyser    Rt #1 Box 172-D__
Address

__Keyser, WV 26726__       [redacted]
                             Telephone

__Sergeant, WVSP__
Office or title, if any  *Upon Info:*

__Tfc JM Mills__    __2/13/04__
Complainant Signature

On this complaint, sworn or affirmed before me and signed this date by complainant in my presence, the item(s) checked below apply:

☒ Probable cause found
☐ Summons issued
☒ Warrant issued
☐ Warrantless arrest
☐ No probable cause found

__[signature]__
Magistrate Signature

__2-13-04__
Date

White - return
Green - defendant
Yellow - file
Pink - complainant
Goldenrod - prosecutor

Mag. Ct. Crim. Rules 3, 4
SCA-M310-1 / 1-98

CASE NO. 03F-76-9204F-17

(Criminal Complaint Continued)

On July 14, 2003, Sgt. A. R. Thompson was called to the Woodalnd Inn, near Short Gap, WV to investigate a breaking and entering of the said establishment. The initial investigation revealed that someone had forcibly entered the establishment, a bar/night club, through an exterior window. It was further revealed that once entry was gained into the establishment, someone broke into a video lottery machine and removed $1,900.00 in US currency. Being the Woodland Inn was in possession of state maintained lottery machines, the interior of the establishment was equiped with a surveillance camera which was in addition to the one maintained by the Woodland Inn. The WV Lottery Commission later supplied a CD-Rom which depicted the crime. The CD-Rom portray's a white male enter the establish, remove a video tape, which he thought was the surveillance tape, and forcibly enter a video lottery machine and remove US currency. The WV Lottery Commission also supplied photographs made from the CD-Rom. The photographs were published in the local newspaper and led to the identification of the white male. The white male was identified as the accused by a family friend, identified as Danyel Ward, as well as the mother-in-law of the accused. Both subjects advised they were positive the accused was the subject portrayed in the photographs.

Sgt. K. M. Smouse

White - return
Green - defendant
Yellow - file
Pink - complainant
Goldenrod - prosecutor

SCA-M310-2/11-93