IN THE CIRCUIT COURT OF MINERAL COUNTY, WEST VIRGINIA

STATE OF WEST VIRGINIA,
    PLAINTIFF

VS.                    CASE NO. 04-F-36
                          West Virginia Code 61-3-12
                          BREAKING AND ENTERING, FELONY

TROY LEE MELLOTT,
    DEFENDANT

## INDICTMENT

### COUNT I

The Grand Jury charges:

    That on or about the _____ day of July 2003, in the County of Mineral, State of West Virginia, Troy Lee Mellott committed the offense of "Breaking And Entering" by unlawfully, intentionally, and feloniously Breaking and Entering the business establishment known as the Woodland Inn near the unincorporated town of Short Gap, Mineral County, West Virginia and said building being a building other than a dwelling house or an outhouse adjoining thereto or occupied therewith, with the intent to commit a larceny therein, against the peace and dignity of the State.

### COUNT II

                          West Virginia Code 61-3-13(a)
                          GRAND LARCENY, FELONY

The Grand Jury further charges:

    That on or about the _____ day of July 2003, in the County of Mineral, State of West Virginia, Troy Lee Mellott committed the offense of "Grand Larceny" by unlawfully, intentionally, and feloniously stealing, taking and carrying away certain items of personal property, not his own, of a value of more then $1,000.00 with the intent to permanently deprive the owner thereof, to-wit:

$1,900.00 in U.$. Currency taken from a poker machine belonging to the Woodland Inn in the unincorporated town of Short Gap, Mineral County, West Virginia, against the peace and dignity of the State.

Found upon the testimony of

Sgt. K.M. Smouse

duly sworn in Open Court to testify the truth and sent before the Grand Jury this 4th day of May, 2004.

A TRUE BILL

LYNN A. NELSON
PROSECUTING ATTORNEY

FOREMAN

TESTE COPY

Clerk Circuit Court of Mineral County, W. Va.