UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 13-036-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 16-285-DCR |
| | ) | |
| TROY LEE MELLOTT, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On August 2, 2016, Troy Lee Mellott's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence was received and docketed.[1] Per Rule 4 of the Rules Governing Section 2255 Proceedings, the Court has conducted its initial review of the motion and determined that further proceedings are necessary. Accordingly, it is hereby

**ORDERED** as follows:

1.  **Within 21 days**, the United States **SHALL** file a response to the motion to vacate that addresses all substantive and procedural issues.

2.  Upon receipt of the instant Order, the United States **SHALL** promptly request any transcripts or documentation related to predicate convictions necessary for its response. Absent unique circumstances outside the Government's control, delay in acquiring documentation will not be a justification for an extension of time.

---

[1] Mellott contends that he placed his § 2255 petition in the prison mail on June 14, 2016, but they were returned to him on July 6, 2016, because he did not address the envelope correctly. The parties should address this issue in their filings.

-2-

      3.      Upon the filing of the Government's response, the defendant **SHALL** have **21 days** to submit any reply.

      4.      Upon receipt of the defendant's reply or the expiration of the time for same, the matter shall stand submitted.

      5.      All pleadings and filings **SHALL** be submitted to the Clerk of the Court. Each party shall be required to include with any filing the required certificate of service indicating that a copy of any such document has been served upon the opposing party. Any document received by the Clerk of Court that fails to include the required certificate of service shall not be filed and shall be returned to the party submitting such document.

This 3rd day of August, 2016.

Signed By:
*Danny C. Reeves* DCR
United States District Judge