UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal Action No. 5: 13-036-DCR |
| V. | ) ) | and Civil Action No. 16-285-DCR |
| TROY L. MELLOTT, | ) ) | |
| | ) | **MEMORANDUM ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending before the Court on Defendant Troy L. Mellott's Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255. [Record No. 37] On June 16, 2013, Mellott entered a guilty plea to being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). [Record Nos. 1, 22, 32] On September 25, 2013, Mellott was sentenced to an 180-month term of imprisonment as an Armed Career Criminal under 18 U.S.C. § 924(e). [Record No. 30] In his motion, Mellott contends that under the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), he no longer qualifies for an enhanced punishment under § 924(e). The United States agrees and proposes that Mellott be re-sentenced. [Record No. 40] Accordingly, it is hereby

**ORDERED** as follows:

1.   Defendant Troy L. Mellott's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 [Record No. 37] is **GRANTED** to the extent that he seeks re-sentencing.

2. The United States Probation Office is directed to prepare an addendum to Mellott's Presentence Investigation Report which includes a recalculation of the guidelines range without the ACCA enhancement.

3. A hearing shall be scheduled in this matter on **Monday, September 26, 2016**, beginning at **4:00 p.m.**, at the United States Courthouse in Lexington, Kentucky. The hearing shall be conducted for the purpose of resentencing the Defendant and advising him of his rights to appeal.

4. Having previously determined that the Defendant qualifies for court-appointed counsel under the Criminal Justice Act, the Clerk of the Court is directed to select new counsel by random draw to represent the Defendant in his re-sentencing. Notification of this appointment shall be provided forthwith by the Clerk of the Court.

5. The United States Marshall Service shall transport Defendant Troy L. Mellott, who is in federal custody and is currently incarcerated at the Federal Correctional Center in Estill, South Carolina, to the United States District Court in Lexington, Kentucky, to attend his re-sentencing hearing. The Defendant should be returned to this district at least one week prior to the re-sentencing hearing to allow him to meet and confer with counsel in preparation for the hearing.

This 31st day of August, 2016.



Signed By:
*Danny C. Reeves* DCR
United States District Judge