DEC 01 2017

Eastern District of Kentucky
**FILED**
DEC 01 2017
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

11/26/17

United States Courthouse
101 Barr Street, 2nd floor
Lexington, KY 40507-1313

To the Clerk of the Court,

Please send my Docket Sheet to the address listed below. My case number is 5:13-cr-00036-DCR-REW

Thank-you,

TgL.

Troy Lee Merlott #16228-032
Federal Correctional Institution
P.O. Box 4050
Pollock, LA 71467

Troy Lee Merlott # 16228-032
Federal Correctional Institution
P.O. Box 4050
Pollock, LA 71467

United States Courthouse
101 Barr Street, 2nd Floor
Lexington, KY 40507-1313

SHREVEPORT LA 710
27 NOV 2017 PM 3 L

40507-13200

Back of Envelope