PROB 12B
(Rev. 7/2015)

Eastern District of Kentucky
**FILED**
JUN 17 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
Eastern District Of Kentucky At Lexington

**Request for Modifying the Conditions or Term of Supervision
With Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Troy Lee Mellott          Case Number: 5:13-CR-36-DCR-1

Name of Sentencing Judicial Officer: Honorable Danny C. Reeves, United States District Judge

Date of Original Sentence: 9/25/2013

Original Offense: Possession of Firearm by a Felon and Armed Career Criminal

Original Sentence: 180 months imprisonment; 5 years supervised release.

9/26/16: Sentence amended: 77 months imprisonment; 3 years supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: 6/6/2019

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ Years, for a total term of _____ Years.
☒ To modify the conditions of supervision as follows:

You must serve four (4) weekends of intermittent confinement to begin on Friday at 6:00 p.m. through Sunday at 6:00 p.m. following designation of a location for service by the Bureau of Prisons.

### CAUSE

On June 10, 2019, Mr. Mellott reported to the probation office as directed by the undersigned. Prior to the submission of a urine sample, Mr. Mellott advised that he illegally used suboxone following his release from the Bureau of Prisons. Mr. Mellott is in substance abuse treatment that includes suboxone medication. The defendant will be subject to increased drug testing if the Court agrees with the actions recommended by the probation office.

June 14, 2019
Page 2

Troy Lee Mellott
Docket No.: 5:13-CR-36-DCR-1
<u>PROB 12B</u>

Respectfully submitted,

*Glenn Collins*

Glenn Collins
U.S. Probation Officer
June 14, 2019

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☒ Other   Submit violation report

_____
Signature of Judicial Officer

June 17, 2019
_____
Date