PROB 12C
(5/2015)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender under Supervision

*Eastern District of Kentucky*
*FILED*
*JUN 18 2019*
*AT LEXINGTON*
*ROBERT R. CARR*
*CLERK U.S. DISTRICT COURT*

Name of Offender: Troy Lee Mellott          Case Number: 5:13-CR-36-DCR-01

Name of Sentencing Judicial Officer: Danny C. Reeves, U.S. District Judge

Date of Original Sentence: September 25, 2013

Original Offense: Possession of Firearm by a Felon

Original Sentence: 180 months imprisonment; 5 years supervised release.
9/26/16: Sentence amended 77 months imprisonment; 3 years supervised release.

Type of Supervision: Term of Supervised Release     Date Supervision Commenced: 6/6/2019

Asst. U.S. Attorney: Hydee R. Hawkins     Defense Attorney: Elizabeth Snow Hughes

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

    1        Use of a controlled substance
    2        Violation of federal, state, or local law

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

    ☒ Revoked.

    ☐ Extended for _____ years, for a total term of _____ years.

June 18, 2019
Page 2

RE: Mellott, Troy Lee
    Dkt. # 5:13-CR-36-DCR-01
    <u>PROB 12C</u>

☐ The conditions of supervision should be modified as follows:

> I declare under penalty of perjury that the foregoing is true and correct.
>
> Executed on 6/18/2019
>
> *Glenn Collins*
>
> Glenn Collins
> U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant (**Matter Sealed Pending Arrest**).

☐ The Issuance of a Summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

    Other

_____
Signature of Judicial Officer

June 18, 2019
Date