UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:13-CR-36-DCR-EBA-1

UNITED STATES OF AMERICA,                                              PLAINTIFF,

v.                                              **ORDER**

TROY LEE MELLOTT,                                                      DEFENDANT.

*** *** *** ***

This matter is before the undersigned on notification that the Defendant, Troy Lee Mellott, is in custody upon a warrant issued for violation of his supervised release, and being otherwise duly and sufficiently advised,

**IT IS ORDERED** that this matter shall come before the undersigned for an initial appearance on **THURSDAY, JUNE 20, 2019, AT THE HOUR OF 11:30 A.M.**, in the United States Courthouse, **LEXINGTON**, Kentucky.

This the 19th day of June, 2019.



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge