AUG 1 3 2019

Eastern District of Kentucky
F I L E D

AUG 1 3 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNTED STATES OF AMERICA,

    Petitioner,

v.

Troy Lee Mellott,

    Defendant.

_____/

Honorable: D. Reeves

Case No.: 5 : 13 -cr-36-DRC-1

## MOTION FOR DOCKETSHEET

Dear Clerk of the Court:

    NOW COMES, Troy Lee Mellott, (hereinafter "Pententior acting Pro Se, respectfully request that the Clerk of the Court please provide Petentior with a copy of his complete docketsheet in the above noted case, from 12/10/2012, through present date.

    For your convenience I have provided a self addressed stamped envelope.

    Thank you in advance for your time and consideration with this matter.

Respectfully submitted,

/s/ _____

Troy Lee Mellott 16228-032
Elkton Federal Correctional Institution (Low)
P.O. Box 10
Lisbon, Ohio. 44432

Respectfully submitted, August 5, 2019.